DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FULLHOUSE CONTRACTING AND REMODELING, INC.,**
Appellant,

v.

**PATTI HILLEBERT,**
Appellee.

No. 4D2024-3280

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Briscoe Frink, Judge; L.T. Case No. 062022CA001982AXXXCE.

Samuel Blake Spinner of Carlton Fields, Miami, for appellant.

Blair Michele Fazzio and Berkin Aslan of Kanner & Pintaluga, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***